**WARRANT FOR ARREST**  CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: 06-21-3 | MAGIS. NO: |
|---|---|---|
| v. CINQUAN BLAKNEY, et. al. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Tristan Sellers | |

SEALED

| DOB: | PDID: | |
|---|---|---|
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | FILED NOV 1 7 2006 |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE HEROIN, COCAINE, COCAINE BASE, PHENCYCLIDINE, AND MARIJUANA;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 100 GRAMS OR MORE OF HEROIN;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE HEROIN;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE COCAINE;
UNLAWFUL DISTRIBUTION OF HEROIN;    UNLAWFUL DISTRIBUTION OF COCAINE BASE;
UNLAWFUL USE OF A COMMUNICATIONS FACILITY;
UNLAWFUL DESTRUCTION, ALTERATION OR CONCEALMENT OF RECORDS OR TANGIBLE OBJECTS IN FEDERAL INVESTIGATIONS;

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
21:846; 21:841(a)(1) and 841(b)(1)(B)(i); 21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(A)(iii); 21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(C);

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY: U.S. MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE): U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED: 8/23/06 |
|---|---|---|
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: 8/23/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED: 11/17/06 | NAME AND TITLE OF ARRESTING OFFICER: D.L. BALDWIN PSO SDUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED: 11/17/06 | | |
| HIDTA CASE: Yes __ No X | | OCDETF CASE: Yes __ No X |

1207733