IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
v. :
: Case No.: CR06-21-3(RBW)
TRISTAN SELLERS, :
    Accused. :

## NOTICE OF APPEARANCE

The Clerk Court will please note the appearance of the undersigned as counsel for the accused *pro nun tunc* November 17, 2006.

Respectfully Submitted,

    By Counsel

_____/s/_____
Robert L. Jenkins, Jr.
Bynum & Jenkins, PLLC
U.S. District Court Bar No.: CO0003
901 North Pitt Street, Suite 320
Alexandria, VA  22314
Telephone 703 549 7211
Fax 703 549 7701
rjenkins@bynumandjenkinslaw.com
Counsel for the Defendant

## **CERTIFICATE OF SERVICE**

  I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on October 26, 2007.


  _____/s/_____
  Robert L. Jenkins, Jr.
  Bynum & Jenkins, PLLC
  U.S. District Court Bar No.:  CO0003
  901 North Pitt Street, Suite 320
  Alexandria, VA  22314
  Telephone 703 549 7211
  Fax 703 549 7701
  rjenkins@bynumandjenkinslaw.com
  Counsel for the Defendant