IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | Case No.: CR06-21-3(RBW) |
| TRISTAN SELLERS, : | |
| Accused. : | |

## MOTION TO ADOPT AND CONFORM

COMES NOW, the Accused, TRISTAN SELLERS, and respectfully moves this Court to allow him to adopt and conform the following motions filed on behalf of co-defendants:

1. Defendant Cinquan Blakney's Motion for 404(B) Notice

2. Defendant Cinquan Blakney's Motion for Discovery

3. Defendant Cinquan Blakney's Motion to Order Preservation of Law Enforcement Personnel and Agents Notes

4. Defendant Cinquan Blakney's Motion for Identity of Informant

5. Defendant India Graves' Motion for Bill of Particulars

6. Defendant India Graves' Motion for Disclosure of Brady/Giglio and Early Jenks

7. Defendant India Graves' Motion for Identification of Juvenile Witnesses Records

8. Defendant Sean Blakney's Motion to Produce Impeachment Evidence as to All out-of Court Declarants

Respectfully Submitted,
By Counsel

_____/s/_____
Robert L. Jenkins, Jr.
Bynum & Jenkins, PLLC
U.S. District Court Bar No.: CO0003
901 North Pitt Street, Suite 320
Alexandria, VA 22314
Telephone 703 549 7211
Fax 703 549 7701
rjenkins@bynumandjenkinslaw.com
Counsel for the Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on October 26, 2007.

_____/s/_____
Robert L. Jenkins, Jr.
Bynum & Jenkins, PLLC
U.S. District Court Bar No.:  CO0003
901 North Pitt Street, Suite 320
Alexandria, VA  22314
Telephone 703 549 7211
Fax 703 549 7701
rjenkins@bynumandjenkinslaw.com
Counsel for the Defendant