IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | :   Case No.: CR06-21-3(RBW) |
| TRISTAN SELLERS, | : |
|     Accused. | : |

## ORDER

This matter came on the defendant, TRISTAN SELLERS, request for leave to join in the pre-trial requests of his co-defendant. For good cause the defendant is permitted to join in the following pre-trial motions filed by his co-defendants:

1. Defendant Cinquan Blakney's Motion for 404(B) Notice

2. Defendant Cinquan Blakney's Motion for Discovery

3. Defendant Cinquan Blakney's Motion to Order Preservation of Law Enforcement Personnel and Agents Notes

4. Defendant Cinquan Blakney's Motion for Identity of Informant

5. Defendant India Graves' Motion for Bill of Particulars

6. Defendant India Graves' Motion for Disclosure of Brady/Giglio and Early Jenks

7. Defendant India Graves' Motion for Identification of Juvenile Witnesses Records

8. Defendant Sean Blakney's Motion to Produce Impeachment Evidence as to All out-of Court Declarants

SO ORDERED,

_____

Entered: _____