**FILED**

APR 14 2008

Clerk, U.S. District and
Bankruptcy Courts

CR 06-21-03
Motion (Per Judge Walton)

Dear Honorable Judge Walton,

 Hello your honor! How's everything going on your behalf? Hopefully good… I pray that all is well on your behalf and I pray that by the time you receive this brief missive, you're in the best of health mentally, physically as well as spiritually.

    I am writing you to request a new attorney to represent my case. I am making this request because I feel as though my present attorney Mr. Robert Jenkins is misrepresenting me.

    I have minimal correspondence with my present attorney is negatively
 Impacting my case.
    He presents false information to me about my co-defendant's.
    He comes unprepared when visiting as to a defense strategy .
    He hasn't presented no new evidence to me over the 18 months I've been incarcerated and I feel as though I can't trust him.
    Please take consideration to my missive. God Bless.


Sincerely,

Tristan Sellers