UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | )  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 06-21-03 (RBW) |
| | ) |
| TRISTAN SELLERS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The Court having reviewed the motion to appoint new counsel filed <u>pro se</u> by Tristan Sellers, the defendant in this criminal proceeding, and it appearing to the Court that a hearing is necessary to resolve this motion, it is

**ORDERED** that the Clerk of the Court shall set this matter for hearing on April 18, 2008, at 11:30 a.m.

**SO ORDERED** this 11th day of April, 2008.

REGGIE B. WALTON
United States District Judge