**FILED**
JUL 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.   06-21 (RBW) —3 |
| | : | |
| v. | : | VIOLATIONS: 21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| TRISTAN SELLERS, | : | Intent to Distribute More than 100 |
| | : | Grams of Heroin, More than 500 |
| Defendant. | : | Grams of Cocaine, More than 5 Grams |
| | : | of Crack Cocaine Base, More than 100 |
| | : | Grams of PCP, and Marijuana |
| | : | |
| | : | |
| _____ | : | |

## GOVERNMENT'S PROFFER OF EVIDENCE

1.  From no later than 2005 and continuing to and including January 2006, the defendant, Tristan Sellers, was associated in fact with and did knowingly and willfully combine, conspire, confederate and agree together and with Cinquan Blakney, Ralph Ingram, India Graves, Sean Blakney, Kevin Morris, Donovan Bostick, James Morgan and persons both known and unknown to the United States to unlawfully, knowingly and intentionally distribute and possess with intent to distribute heroin, cocaine, crack cocaine, phencyclidine (PCP) and marijuana. The narcotics trafficking conspiracy with which defendant Sellers was associated took place in Washington, D.C., Virginia, Maryland, California, and elsewhere.

2.  During his participation in the above-described conspiracy, defendant Sellers knowingly and intentionally conspired and agreed with a number of individuals, both known and unknown to the government, including those identified in paragraph number 1, above, to distribute and possess with intent to distribute more than 1 Kilogram of heroin, more than 500 grams of cocaine, more than 50 grams of crack cocaine base, more than 100 grams of PCP, and a quantity of marijuana, which amounts include amounts distributed or possessed with intent to distribute by defendant's co-conspirators pursuant to jointly undertaken criminal activity that was reasonably foreseeable by the defendant and within the scope of the defendant's conspiratorial agreement.

3.  During his participation in the conspiracy and as part of the conspiracy, defendant Sellers cut, mixed, cooked and packaged cocaine, crack cocaine base for redistribution; utilized property of others to manufacture, cut, package and store illegal narcotics; participated in the distribution of illegal narcotics; and collected the proceeds of narcotics trafficking.

4.  These activities included, but are not limited to, the following:

-- In early January 2006, until January 5, 2006, Cinquan Blakney, Ralph Ingram, Tristan Sellers and other co-conspirators used a hotel room at the Embassy Suites Hotel in Arlington, VA to store, cook and package heroin and crack cocaine base for redistribution. The FBI recovered a wrapper for approximately one kilogram of heroin, which still contained heroin residue, and a plate from inside the microwave that contained crack cocaine residue.

-- From 2005 until January 2006, Cinquan Blakney, Ralph Ingram, Tristan Sellers, India Graves and other co-conspirators used a residence located on Ridgecrest Court, S.E., Washington, D.C., to store, cook and package heroin, cocaine, crack cocaine and PCP for redistribution. Cinquan Blakney, Ralph Ingram, Tristan Sellers and their co-conspirators, would distribute heroin, cocaine, crack cocaine and PCP to other co-conspirators in the Waler Place, High Point, Eastover and Naylor Road areas of Washington, D.C. On January 26, 2006, the FBI executed a search warrant at the Ridgecrest address and recovered illegal contraband including crack cocaine base (over 50 grams), cocaine, heroin, scales and crack cocaine residue in the microwave. Tristan Sellers was found to have on his person, latex gloves used in the manufacturing and packaging of illegal narcotics. Ralph Ingram was found to have on his person (in his pocket) over 80 bags of crack cocaine base.

-- On January 27, 2006, the FBI executed a search warrant on Cinquan Blakney's Chrysler minivan that was parked outside of the Ridgecrest apartment. Cinquan Blakney, Ralph Ingram, Tristan Sellers and other co-conspirators utilized the minivan in furtherance of the conspiracy. The FBI recovered from the minivan Tristan Seller's belonging, including his backpack, illegal contraband and narcotics trafficking paraphernalia, including coffee grinders, a large number of empty ziplock bags, cutting agents, spoons, strainers, razor blades, and rubber gloves.

-- From 2005 until January 2006, Cinquan Blakney, Ralph Ingram, Tristan Sellers and other co-conspirators used a residence located at 811 Barnaby Street, S.E., Washington, D.C., to store, cut, cook, and repackage for redistribution illegal narcotics including crack cocaine and heroin.

5. Tristan Sellers has carefully read each and every paragraph of the 115-count indictment in this case, and he has no knowledge of any fact that would contradict or otherwise put in dispute the accuracy and truthfulness of any fact or allegation in the indictment.

6. The foregoing proffer of evidence is not intended to be an exhaustive statement of all facts known by the defendant relating to each incident or as to other matters relevant to the above-

described conspiracy. The foregoing proffer of evidence is only a limited statement of facts necessary to support the defendant's plea of guilty.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                United States Attorney

                GEORGE ELIOPOULOS
                ANTHONY SCARPELLI
                Assistants United States Attorney
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 514-7294

### DEFENDANT'S ACCEPTANCE

      I have read the Government's Proffer of Evidence setting forth the facts as to my participation in a conspiracy to distribute and possess with intent to distribute heroin, cocaine, crack cocaine base, PCP, and marijuana, in violation of Title 21, United States Code, Section 846. I have discussed this proffer fully with my attorney, Robert Jenkins, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 7/24/08

TRISTAN SELLERS
Defendant

### ATTORNEY'S ACKNOWLEDGMENT

      I have read the government's proffer of evidence as to my client's participation in a narcotics conspiracy. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 7-24-08

ROBERT JENKINS, Esquire
Counsel for Tristan Sellers